IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| vs. | * Criminal No. 03-20431-D |
| SHELLY S. PERRY | * |
| Defendant. | * |

## ORDER ON MOTION
## FOR CORRECTION OF JUDGEMENT AND COMMITMENT ORDER

This cause came on to be heard this date upon unopposed, written motion of the United States for correction of the Judgement and Commitment Order heretofore filed in the above-referenced cause on March 30, 2005; and

**IT SATISFACTORILY APPEARING TO THE COURT** that the said Motion of the United States should be granted for good cause shown;

**IT IS THEREFORE ORDERED** that the Judgement and Commitment Order heretofore entered in the above-referenced cause be corrected in the following manner:

a. The names and loss amounts of two additional victims should be listed with the total list of victims as follows: Michael Palmer - loss $1,698.00 and LaShawn Wrice - loss $1,035.00.

b.  The current Judgement and Commitment Order shows a total restitution amount of $119,964.35, but the victim amounts total $119,962.35. Therefore, there is a $2 error in the existing figure. With the loss amounts of the additional two victims and the $2 correction, the new restitution amount should be $ 122,695.35.

ENTER THIS __4__ DAY OF MAY, 2005

_____
**BERNICE BOUIE DONALD**
**United States District Judge**



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in case 2:03-CR-20431 was distributed by fax, mail, or direct printing on May 6, 2005 to the parties listed.

---

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT